UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **CMC PACKAGING GROUP LIMITED,**<br><br>    Plaintiff,<br><br>and<br><br>**MARQUETTE COMMERCIAL FINANCE, a Division of MARQUETTE TRANSPORTATION FINANCE, LLC, Successor by Merger,**<br><br>    Intervening Plaintiff,<br><br>    v.<br><br>**AIMEDIA SOLUTIONS, LC,**<br><br>    Defendant. | Case No. 3:15-cv-00181<br>Judge Trauger |

## ORDER GRANTING
## MOTION OF MARQUETTE COMMERCIAL FINANCE TO INTERVENE

This matter is before the Court on the Motion of Marquette Commercial Finance, a Division of Marquette Transportation Finance, LLC, Successor by Merger to Marquette Transportation Finance, Inc. ("Marquette"), to intervene as a Plaintiff in this litigation.

AND IT APPEARING that the Motion is well-taken and that no further notice hereof or hearing hereon is necessary,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion is hereby GRANTED.

_____
Aleta A. Trauger
United States District Judge